USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

02/22/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOSEPHINE GREGORY,

                    **Plaintiff,**

    -against-

J.P. MORGAN CHASE (COLSON SERVICES CORP.),

                 **Defendant.**

05 CV 10609 (DC)

**STIPULATION OF
DISCONTINUANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IT IS HEREBY STIPULATED AND AGREED by and among the parties that

the above-captioned action be discontinued in its entirety, with prejudice, with no award of

counsel fees or costs by the Court to any party.

Dated:      New York, New York
            February 7, 2006

**The JPMorgan Chase Legal Department**

By: _Josephine Gregory_
    Josephine Gregory
*Pro se* Plaintiff
244 5th Avenue, C270, 2nd Floor
New York, New York 10001
(718) 239-6170

By: _____
    ~~Stacey L. Blecher (SB-1674)~~ Philip A. Goldstein (PAG 0908)
Attorney(s) for Defendants
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-~~3814~~ 4703

**SO ORDERED:**

WAS

2/22/06

146657:v1